UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
                                         :
                                         :
                                         :   07 MDL 1902 (JSR)
                                         :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION        :
                                         :   CASE MANAGEMENT ORDER #82
                                         :
                                         :
                                         :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    The Court has received the bills from the Special Masters for the month of September, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, i.e., by October 9, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

    SO ORDERED.

                                             _____
                                             JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        October 2, 2012

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

October 1, 2012

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| September 11 — preparing for oral argument on summary judgment motion in *Krys* | 2.5 |
| September 13 — preparing for oral argument on motion to strike expert opinions | 3.5 |
| September 14 — oral arguments on summary judgment motion and motions to strike expert opinions | 4.2 |
| September 24 — summary judgment R and R | 4.1 |
| September 28 — summary judgment R and R | 2.1 |

**Total Hours**                                                                     16.4

        **Hours @ $500/hr.**

        **Total Bill ------**                                                          $8200.00

# IN RE REFCO

# INVOICE

# SEPTEMBER 30, 2012

## HOURS INCURRED:

Sept. 3 – preparation, and attending to filing of order (.25)

Sept. 4 – preparation, and attending to filing of order on sanctions motion; conf. w/ new Rakoff law clerk w/re various matters; communications w/re August invoice (.5)

Sept. 5 – review of proposed order on experts and attending to filing thereof

(.25); communications w/ Chambers w/re October status conference (.25)

Sept. 5 – 6: communications w/ Court, Prof. Capra, and liaison counsel w/re Oct. 2 conference (.5)

Sept. 6: communications w/re motion for protective order (.25)

Sept. 7: Conference call w/re motion for protective order (.5)

Sept. 10: Communications w/re assessments (.25)

Sept. 11 and later dates: Communications and ruling w/re protective order re: deposition (1.5)

2

Sept. 13-16: Communications w/ Chambers and Clerk w/re informal application (.5)

Sept. 26-29: Communications w/ Court and w/parties w/re adjournment of argument and conference scheduled for Oct. 2 (.5)

Sept. 27-29: Communications w/re allowing depositions (.5)

**TOTAL HOURS INCURRED:** 5.75 hours @ 400.00/hour = $ $2,300.00

**EXPENSES INCURRED:** None

# <u>TOTAL</u>: $2,300.00